**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 TYRE FRED NEWSOME SR.,

                                    Petitioner,

                -against-                                              25 **CIVIL** 8774 (VSB)

                                                                      **JUDGMENT**

HON. CRYSTAL R. VILLASEÑOR; PAMELA
SCHEININGER; NEW YORK COUNTY
FAMILY COURT,

                                    Respondents.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 1, 2026, the petition for a writ of habeas corpus under 28

U.S.C. §§ 2241 & 2254, is dismissed for lack of jurisdiction because Petitioner is not in custody.

Because the petition at this time makes no substantial showing of a denial of a constitutional

right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under

28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and

therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United

States, 369 U.S. 438, 444–45 (1962).

**Dated:** New York, New York

        May 6, 2026

                                            **TAMMI M. HELLWIG**
                                            _____
                                                    **Clerk of Court**

                            **BY:**            K. mango
                                            _____
                                                    **Deputy Clerk**